FILED

2018 DEC 20  AM 11: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
RIVERSIDE

BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF(S) v. ZHEN SHANG LIN DEFENDANT(S). | CASE NUMBER ED18-508M 2:18-CR-00258-JAM  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |
|---|---|

The above-named defendant was charged by: __INDICTMENT__
in the __EASTERN__ District of __CALIFORNIA__ on __12/13/2018__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __21:846, 21:841, 18:1956__ U.S.C., Section(s) __846, 841, 1956__
to wit: __CONSPIRACY TO MANUFACTURE MARIJUANA, MANUFACTURE MARIJUANA, MONEY LAUNDER__

A warrant for defendant's arrest was issued by: __K. ZIGNAGO__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond: 

Relevant document(s) on hand (attach): 

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __12/20/18__, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: __MICHAEL P. MORGAN__

Agency: __FBI__

Title: __SPECIAL AGENT__

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT